| | | | | |
|---|---|---|---|---|
| Cox v. Does/WMATA ........ | 16–AA–1123 | 11/22/2017 | Affirmed | Compensation Review Board |
| Union Market Neighbors v. DC Zoning Comm'n/301 FL Manager LLC ......... | 16–AA–705 | 11/22/2017 | Affirmed | DC Board of Zoning Commission |
| White v. Does/WMATA ...... | 16–AA–984 | 11/20/2017 | Affirmed | Compensation Review Board |
| Hunter v. DC Child & Family Servs. Agency ............ | 16–CV–404 | 11/17/2017 | Affirmed | Mott |
| Arrington v. U.S. ........... | 16–CO–832 | 11/15/2017 | Affirmed | Beck |
| Metropolitan DC Health Consortium, Inc. v. D.C. ...... | 15–CV–934 | 11/14/2017 | Affirmed | Motley |
| Yorkshire v. U.S. ........... | 15–CF–852 | 11/14/2017 | Affirmed | Anderson |
| Allen v. JP Morgan Chase Bank, N.A. .............. | 16–CV–201 | 11/09/2017 | Affirmed | Okun |
| McGuire v. U.S. ............ | 15–CO–902, 15–CO–903 | 11/09/2017 | Affirmed | Anderson |
| Warren v. U.S. ............. | 14–CF–779 | 11/08/2017 | Affirmed | Winston |
| Washington Metropolitan Area Transit Authority v. Brim ................... | 15–AA–571 | 11/08/2017 | Affirmed | Office of Administrative Hearings |
| Williams v. U.S. ............ | 16–CO–216 | 11/07/2017 | Affirmed | Canan |
| Giddeons v. U.S. ........... | 15–CM–1429 | 11/06/2017 | Affirmed | Cushenberry, Jr. |
| Lewis–Rachal v. Three Washington Circle Condominium Unit Owners Ass'n .... | 16–CV–665 | 11/06/2017 | Affirmed | Mott |
| Johnson v. U.S.............. | 15–CM–233 | 11/06/2017 | Affirmed | Saddler |
| Hager v. U.S. .............. | 16–CO–971 | 11/06/2017 | Affirmed | Jackson |
| Jackson v. DC Dept. of Employment Services ........ | 16–AA–907 | 11/02/2017 | Affirmed | Compensation Review Board |
| Holden v. U.S. ............. | 16–CM–775 | 12/27/2017 | Affirmed | Raffinan |
| Bibi v. Wisconsin Avenue & O Street, LLC ............ | 16–CV–487 | 12/15/2017 | Affirmed | Rigsby |
| McMillian v. U.S............ | 16–CO–54 | 12/12/2017 | Affirmed | Rankin |
| Nigel v. U.S. .............. | 16–CM–837 | 12/12/2017 | Affirmed | Bayly, Jr. |
| Al Hashim v. U.S. .......... | 16–CM–856 | 12/12/2017 | Affirmed | Cordero |
| Thomas v. Buckley ......... | 15–CV–74 | 12/12/2017 | Remanded | Nash |
| Ralls v. BWF Private Loan Fund ................... | 15–CV–1134 | 12/07/2017 | Affirmed | Motley |
| Martinez v. U.S. ............ | 16–CM–437 | 12/07/2017 | Affirmed | Jackson |
| Beal v. U.S. ............... | 16–CF–155, 16–CF–224, 16–CF–231 | 12/07/2017 | Affirmed | Broderick |